UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DEBORAH CRUMBLEY

VERSUS

DART TRANSPORTATION
COMPANY, ET AL

CIVIL ACTION

NO.: 06-397-JJB-SCR

### RULING ON MOTION IN LIMINE

This matter is before the Court on a Motion in Limine (doc. 29) filed by the plaintiff, Deborah Crumbley, to exclude: (1) testimony and evidence involving collateral sources; (2) testimony of defense expert Larry Stokes as to possible employers for the plaintiff that have not been previously disclosed to the plaintiff; (3) Stokes' testimony as to long-term/assisted living facilities available to the plaintiff that have not been previously disclosed to the plaintiff; (4) testimony and/or evidence of the alleged failure of plaintiff to report all income in any taxable year and/or file Federal or State income tax returns in any given year.  The defendants have filed an opposition (doc. 30).   The plaintiff has filed a supplemental memorandum (doc. 33).

After considering the plaintiff's motion, it is hereby ordered that plaintiff's Motion in Limine (doc. 29) as to testimony and evidence relating to collateral sources is GRANTED.  Additionally, the court DEFERS to trial a decision on the

1

admissibility of the testimony of defense expert Larry Stokes and a decision on the admissibility of evidence relating to plaintiff's alleged failure to report all income in any taxable year and/or file Federal or State income tax returns in any given year.

Baton Rouge, Louisiana, <u>April 1, 2008</u>.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA